

ACCEPTED
15-25-00188-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 12:33 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 12:33:16 PM
CHRISTOPHER A. PRINE
Clerk

1411 West Avenue, Suite 200
Austin, TX 78701
(512)322-9396 phone
(512)532-6758 fax
http://www.cawthonlaw.com

W. Lance Cawthon

lance@cawthonlaw.com

November 10, 2025

*Via E-Filing*
Christopher A. Pine, Clerk
15th Court of Appeals
P.O. Box 12852
Austin, Texas 78711

      RE:      Court of Appeals Number 15-25-00188-CV (Trial Court Case Number C-1-CV-24-005283), Styled *Canadian Gift & Tableware Association v. Member Clicks, LLC.*

Dear Mr. Pine:

I represent Appellant Canadian Gift & Tableware Association. I write to inform you regarding the status of the Reporter's Record for this appeal.

The docketing statement filed on October 23, 2025 indicated no Reporter's Record was requested. While the statement was accurate at the time it was filed, the omission of a request for the Reporter's Record was in error and a request was submitted on November 3, 2025.

Sincerely,

W. Lance Cawthon

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lance Cawthon on behalf of Lance Cawthon
Bar No. 24006979
lance@cawthonlaw.com
Envelope ID: 107861827
Filing Code Description: Letter
Filing Description: Letter
Status as of 11/10/2025 2:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leah Buratti | 24064897 | leah@bccaustin.com | 11/10/2025 12:33:16 PM | SENT |
| Joshua Kelly | 24116605 | kellyjoshua00@gmail.com | 11/10/2025 12:33:16 PM | SENT |